TVV

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. **99-6153** CR-RYSKAMP

21 USC §963
21 USC §846

MAGISTRATE JUDGE
JOHNSON

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) |
| | ) |
| ALEJANDRO BERNAL-MADRIGAL, | ) |
|     a/k/a "Juvenal," | ) |
|     a/k/a "Tony" | ) |
| | ) |
| ARMANDO VALENCIA, | ) |
|     a/k/a "Juanito" | ) |
|     a/k/a "Luis Valencia-Valencia" | ) |
| | ) |
| GUILLERMO MORENO-RIOS | ) |
|     a/k/a "Memo" | ) |
| | ) |
| JAIRO SANCHEZ-CRISTANCHO, | ) |
|     a/k/a "Jota" | ) |
| | ) |
| CARLOS SANCHEZ, | ) |
| | ) |
| LUIS FERNANDO REBELLON-ARCILA, | ) |
|     a/k/a "Jimmy" | ) |
| | ) |
|                 Defendants. | ) |

## INDICTMENT

The Grand Jury charges that:

1

## COUNT I

From on or about March 1, 1999, through on or about July 1, 1999, at Broward and Dade Counties, in the Southern District of Florida, the Republic of Colombia, the Bahamas, the Republic of Mexico, and elsewhere, the defendants,

ALEJANDRO BERNAL-MADRIGAL,
a/k/a "Juvenal,"
a/k/a "Tony,"
ARMANDO VALENCIA,
a/k/a "Juanito,"
a/k/a "Luis Valencia-Valencia,"
GUILLERMO MORENO-RIOS,
a/k/a "Memo,"
JAIRO SANCHEZ-CRISTANCHO,
a/k/a "Jota,"
CARLOS SANCHEZ, and
LUIS FERNANDO REBELLON-ARCILA,
a/k/a "Jimmy,"

did knowingly and intentionally combine, conspire, confederate and agree with each other, and with persons known and unknown to the Grand Jury, to distribute, and to possess with the intent to distribute, a quantity of five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846.

## COUNT II

From on or about on or about March 1, 1999, through on or about July 1, 1999, at Broward and Dade Counties, in the Southern District of Florida, the Republic of Colombia, the Bahamas, the Republic of Mexico, and elsewhere, the defendants,

ALEJANDRO BERNAL-MADRIGAL,
a/k/a "Juvenal,"
a/k/a "Tony,"
ARMANDO VALENCIA,
a/k/a "Juanito,"
a/k/a "Luis Valencia-Valencia,"
GUILLERMO MORENO-RIOS,
a/k/a "Memo,"
JAIRO SANCHEZ-CRISTANCHO,
a/k/a "Jota,"
CARLOS SANCHEZ, and
LUIS FERNANDO REBELLON-ARCILA,
a/k/a "Jimmy,"

did knowingly and intentionally combine, conspire, confederate and agree with each other, and with persons known and unknown to the Grand Jury, to import into the United States from a place outside thereof, a quantity of five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic controlled substance, in violation of Title 21, United States Code, Section 952.

All in violation of Title 21, United States Code, Section 963.

A TRUE BILL

_____
FOREPERSON

_____
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_____
THERESA M. B. VAN VLIET
ASSISTANT UNITED STATES ATTORNEY

_____
GLENN ALEXANDER
TRIAL ATTORNEY
U.S. DEPARTMENT OF JUSTICE

_____
JAMES BYRNE
TRIAL ATTORNEY
U.S. DEPARTMENT OF JUSTICE

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA**   CASE NO. _____

v.

**CERTIFICATE OF TRIAL ATTORNEY***

<u>**ALEJANDRO BERNAL-MADRIGAL**</u>, et al    Superseding Case Information:

**Court Division:** (Select One)       New Defendant(s)    Yes ___   No ___
                                       Number of New Defendants   ___
___ Miami  ___ Key West                Total number of counts     ___
X   FTL    ___ WPB ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No) <u>No</u>
   List language and/or dialect _____

4. This case will take <u>5</u> days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                        (Check only one)

   I    0 to  5 days     <u>X</u>       Petty       ___
   II   6 to 10 days     ___            Minor       ___
   III  11 to 20 days    ___            Misdem.     ___
   IV   21 to 60 days    ___            Felony      <u>X</u>
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No) <u>No</u>
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) <u>No</u>
   If yes:
   Magistrate Case No.    <u>N/A</u>
   Related Miscellaneous numbers: <u>N/A</u>
   Defendant(s) in federal custody as of <u>N/A</u>
   Defendant(s) in state custody as of <u>N/A</u>
   Rule 20 from the <u>N/A</u>    District of _____

   Is this a potential death penalty case? (Yes or No) <u>No</u>

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 1999? <u>X</u> Yes ___ No   If yes, was it pending in the Central Region? <u>X</u> Yes ___ No

                                       _____
                                       THERESA M. B. VAN VLIET
                                       ASSISTANT UNITED STATES ATTORNEY
                                       Florida Bar No. 374040

*Penalty Sheet(s) attached                                    REV.4/7/99

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE, DIVISION

## PENALTY SHEET

Defendant Name: <u>ALEJANDRO BERNAL-MADRIGAL</u>      Case No.:

<u>a/k/a Juvenal, a/k/a Tony</u>

Count #: I

<u>Conspiracy and possession with intent to distribute cocaine</u>

<u>21 U.S.C. §846</u>

<u>*Max. Penalty: Five Years' - Life  Imprisonment    Fine: $1,000,000.00</u>

Count #: II

<u>Conspiracy to import cocaine</u>

<u>21 U.S.C. §963</u>

<u>*Max. Penalty: Five Years' - Life  Imprisonment    Fine: $1,000,000.00</u>

Count #:

<u>Max. Penalty:</u>

Count #:

<u>Max. Penalty:</u>

**\*Refers only to possible term of incarceration, does not include possible fines restitution, special assessments, parole  terms, or  forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE, DIVISION

## PENALTY SHEET

Defendant Name: __ARMANDO VALENCIA__                    Case No.:

__a/k/a Juanito, a/k/a Luis Valencia-Valencia__

Count #: I

__Conspiracy and possession with intent to distribute cocaine__

__21 U.S.C. §846__

__*Max. Penalty: Five Years' - Life  Imprisonment    Fine: $1,000,000.00__

Count #: II

__Conspiracy to import cocaine__

__21 U.S.C. §963__

__*Max. Penalty: Five Years' - Life  Imprisonment    Fine: $1,000,000.00__

Count #:

__*Max. Penalty:__

Count #:

__*Max. Penalty:__

**\*Refers only to possible term of incarceration, does not include possible fines restitution, special assessments, parole  terms, or  forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE, DIVISION

## PENALTY SHEET

Defendant Name: <u>GUILLERMO MORENO-RIOS</u>     Case No.:

<u>a/k/a Memo</u>

Count #: I

<u>Conspiracy and possession with intent to distribute cocaine</u>
<u>21 U.S.C. §846</u>

\* <u>Max. Penalty: Five Years' - Life  Imprisonment    Fine: $1,000,000.00</u>

Count #: II

<u>Conspiracy to import cocaine</u>
<u>21 U.S.C. §963</u>

\* <u>Max. Penalty: Five Years' - Life  Imprisonment    Fine: $1,000,000.00</u>

Count #:

\*<u>Max. Penalty:</u>

Count #:

\*<u>Max. Penalty:</u>

**\*Refers only to possible term of incarceration, does not include possible fines restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### FT. LAUDERDALE, DIVISION

## PENALTY SHEET

Defendant Name: JAIRO SANCHEZ-CRISTANCHO        Case No.:

a/k/a Jota

Count #: I

Conspiracy and possession with intent to distribute cocaine

21 U.S.C. §846

*Max. Penalty: Five Years' - Life Imprisonment    Fine: $1,000,000.00

Count #: II

Conspiracy to import cocaine

21 U.S.C. §963

*Max. Penalty: Five Years' - Life Imprisonment    Fine: $1,000,000.00

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## FT. LAUDERDALE, DIVISION

## PENALTY SHEET

Defendant Name: <u>CARLOS SANCHEZ</u>     Case No.:

Count #: I

<u>Conspiracy and possession with intent to distribute cocaine</u>

<u>21 U.S.C. §846</u>

<u>*Max. Penalty: Five Years' - Life Imprisonment    Fine: $1,000,000.00</u>

Count #: II

<u>Conspiracy to import cocaine</u>

<u>21 U.S.C. §963</u>

<u>*Max. Penalty: Five Years' - Life Imprisonment    Fine: $1,000,000.00</u>

Count #:

<u>*Max. Penalty:</u>

Count #: IV

<u>*Max. Penalty:</u>

**\*Refers only to possible term of incarceration, does not include possible fines restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE, DIVISION

## PENALTY SHEET

Defendant Name: <u>LUIS FERNANDO REBELLO-ARCILA</u>        Case No.:

a/k/a Jimmy

Count #: I

Conspiracy and possession with intent to distribute cocaine

21 U.S.C. §846

*Max. Penalty: Five Years' - Life  Imprisonment    Fine: $1,000,000.00

Count #: II

Conspiracy to import cocaine

21 U.S.C. §963

*Max. Penalty: Five Years' - Life  Imprisonment    Fine: $1,000,000.00

Count #:

* Max Penalty:

Count #:

*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines restitution, special assessments, parole  terms, or  forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

Case No. 99-6153 CR-RYSKAMP
MAGISTRATE JUDGE
JOHNSON

UNITED STATES OF AMERICA

vs.

ALEJANDRO BERNAL-MADRIGAL,
a/k/a Juvenal,
a/k/a Tony
ARMANDO VALENCIA,
a/k/a Juanito,
a/k/a Luis Valencia-Valencia
GUILLERMO MORENO-RIOS
a/k/a Memo
JAIRO SANCHEZ-CRISTANCHO,
a/k/a Jota
CARLOS SANCHEZ,
LUIS FERNANDO REBELLON-ARCILA,
a/k/a Jimmy

        **Defendants**
_____/

**CRIMINAL COVER SHEET**

1. Did this case originate from a matter pending in the United States Attorney's Office prior to April 1, 1999?  __X__ Yes  ____ No

2. Did this case originate from a matter pending in the Central Region of the United States Attorney's Office prior to April 1, 1999?  _X_ Yes  ____ No

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

BY: _____
THERESA M. B. VAN VLIET
ASSISTANT UNITED STATES ATTORNEY
Florida Bar Number 374040
500 East Broward Blvd, Suite 700
Ft. Lauderdale, Florida 33394
TEL (954) 356-7255
FAX (954) 356-7336
E-MAIL ADDRESS: tvanvlie@usdoj.gov

No. 03866

# UNITED STATES DISTRICT COURT

__SOUTHERN__ _____ District of __FLORIDA__ _____

__CENTRAL__ _____ Division

## THE UNITED STATES OF AMERICA

vs.

ALEJANDRO BERNAL-MADRIGAL, a/k/a Juvenal, a/k/a Tony; ARMANDO VALENCIA, a/k/a Juanito, a/k/a Luis Valencia-Valencia; GUILLERMO MORENO-RIOS, a/k/a Memo; JAIRO SANCHEZ-CRISTANCHO, a/k/a Jota, CARLOS SANCHEZ; LUIS FERNANDO REBELLON-ARCILA, a/k/a Jimmy

## INDICTMENT

21 U.S.C. 963
21 U.S.C. 846

A true bill.

_____Richard M. Sloan_____
Foreman

Filed in open court this _____ day,

of _____ A.D. 19 ____.

_____
Clerk

Bail, $ _____

BOND RECOMMENDATION


DEFENDANT    **ALEJANDRO BERNAL-MADRIGAL, a/k/a Juvenal, a/k/a Tony**


$ **PRETRIAL DETENTION**     (Surety, Recognizance, Corp.Surety, Cash)
                             (Jail) (On Bond) (Warrant) (Summons)
                             (Marshal's Custody)

                             _____
                             THERESA M. B. VAN VLIET
                             ASSISTANT UNITED STATES ATTORNEY


Last Known Address_____


What Facility_____


Agent    **S/A KEVIN BYRNES, DEA**_____
         (FBI) (SECRET SERVICE) (DEA) (CUSTOMS) (ATF)




                             AO (Rev. 3/89)
                             Bond Recommendation

## BOND RECOMMENDATION

**DEFENDANT** ___ARMANDO VALENCIA, a/k/a Juanito, a/k/a Luis Valencia-Valencia___

**$ PRETRIAL DETENTION**     (Surety, Recognizance, Corp.Surety, Cash)
(Jail) (On Bond) (Warrant) (Summons)
(Marshal's Custody)

_____
THERESA M. B. VAN VLIET
ASSISTANT UNITED STATES ATTORNEY

Last Known Address_____

What Facility_____

Agent___ **S/A KEVIN BYRNES, DEA**_____
(FBI) (SECRET SERVICE) (DEA) (CUSTOMS) (ATF)

AO (Rev. 3/89)
Bond Recommendation

**BOND RECOMMENDATION**

DEFENDANT   **GUILLERMO MORENO-RIOS, a/k/a Memo**

$ **PRETRIAL DETENTION**   (Surety, Recognizance, Corp.Surety, Cash)
(Jail) (On Bond) (Warrant) (Summons)
(Marshal's Custody)

*[signature]*

**THERESA M. B. VAN VLIET**
**ASSISTANT UNITED STATES ATTORNEY**

Last Known Address_____

What Facility_____

Agent   **S/A KEVIN BYRNES, DEA**
(FBI) (SECRET SERVICE) (DEA) (CUSTOMS) (ATF)

AO (Rev. 3/89)
Bond Recommendation

## BOND RECOMMENDATION

**DEFENDANT**   JAIRO SANCHEZ-CRISTANCHO, a/k/a Jota


**$ PRETRIAL DETENTION**        (Surety, Recognizance, Corp.Surety, Cash)
                                (Jail) (On Bond) (Warrant) (Summons)
                                (Marshal's Custody)

                                *[signature]*
                                THERESA M. B. VAN VLIET
                                ASSISTANT UNITED STATES ATTORNEY


**Last Known Address** _____


**What Facility** _____


**Agent**   S/A KEVIN BYRNES, DEA
            (FBI) (SECRET SERVICE) (DEA) (CUSTOMS) (ATF)




                                AO (Rev. 3/89)
                                Bond Recommendation

## BOND RECOMMENDATION

**DEFENDANT   CARLOS SANCHEZ**

$ **PRETRIAL DETENTION**        (Surety, Recognizance, Corp.Surety, Cash)
                                (Jail) (On Bond) (Warrant) (Summons)
                                (Marshal's Custody)

*[signature]*
THERESA M. B. VAN VLIET
ASSISTANT UNITED STATES ATTORNEY


Last Known Address_____

What Facility_____

Agent    **S/A KEVIN BYRNES, DEA**
         (FBI) (SECRET SERVICE) (DEA) (CUSTOMS) (ATF)


AO (Rev. 3/89)
Bond Recommendation

BOND RECOMMENDATION


DEFENDANT    LUIS FERNANDO REBELLON-ARCILA, a/k/a Jimmy


$ PRETRIAL DETENTION        (Surety, Recognizance, Corp.Surety, Cash)
                            (Jail) (On Bond) (Warrant) (Summons)
                            (Marshal's Custody)

                            THERESA M. B. VAN VLIET
                            ASSISTANT UNITED STATES ATTORNEY


Last Known Address_____


What Facility_____


Agent    S/A KEVIN BYRNES, DEA
         (FBI) (SECRET SERVICE) (DEA) (CUSTOMS) (ATF)




                            AO (Rev. 3/89)
                            Bond Recommendation