UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE No. 99-CR-6153-MOORE/TORRES

**COURT
EXHIBIT**
99-6153 -
CASE
NO. *CR-MOORE*

EXHIBIT
NO. *B*

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

ARMANDO VALENCIA,

       Defendant

                                       /

## FACTUAL PROFFER

The United States and the defendant, ARMANDO VALENCIA-CORNELIO (VALENCIA), hereby stipulate to the following facts as the basis for VALENCIA's guilty plea to Count III of the Fourth Superseding Indictment charging him with conspiracy to import cocaine:

1.    During the time period of December 1997 through November, 1999, ARMANDO VALENCIA was living in California and making periodic trips to Mexico.

2.    During that time period ARMANDO VALENCIA was involved in receiving quantities of cocaine that Colombian traffickers sent from Colombia to Mexico. VALENCIA's associates received shipments of cocaine at sea offshore from Mexico and brought it into Mexico knowing that it was to be subsequently transported to the United States.

3.     Alejandro Bernal Madrigal (Bernal) was a Colombian cocaine trafficker who annually smuggled several thousand kilos of cocaine from Colombia to the United States and Mexico during the 1997-1999 time period.  In 1999 VALENCIA traveled to Colombia and met with Bernal at Bernal's ranch near Medellin.  VALENCIA told Bernal that he could receive shipments of Bernal's cocaine at sea and would bring it into Mexico.

4.     Bernal agreed to provide VALENCIA with a shipment of several thousand kilos of cocaine that VALENCIA would pick up at sea near Mexico.

5.     In 1999, Bernal obtained approximately 8,671 kilos of cocaine for VALENCIA.  In February or March of 1999, Bernal shipped the entire quantity out of Buenaventura, Colombia in commercial fishing boats owned by one of his partners in the deal.

6.     VALENCIA had the cocaine picked up in ship-to-ship transfers at sea by fishing boats under his control.  The shipment was brought into Mexico at Mazatlan in early April, 1999.


FRANK H. TAMEN                                    10-22-'12
ASSISTANT UNITED STATES ATTORNEY        DATE


IRWIN LICHTER                                       10-28-12
ATTORNEY FOR DEFENDANT               DATE


ARMANDO VALENCIA                             10-28-12
DEFENDANT                                          DATE