IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 99-CR-06153-KMM

UNITED STATES OF AMERICA,                    Thursday, January 10th, 2013
                                             2:31 p.m.
                Plaintiff,           Miami, Florida
        vs.

ARMANDO VALENCIA, a/k/a Juanito,
A/k/a Luis Valencia-Valencia,

                Defendant.           Pages 1 through 35


                    TRANSCRIPT OF SENTENCING HEARING
               BEFORE THE HONORABLE K. MICHAEL MOORE
                    UNITED STATES DISTRICT JUDGE


APPEARANCES:
For the Plaintiff:          Frank Tamen, AUSA
                            Office of U.S. Attorney
                            99 NE 4 Street
                            Miami, Florida  33132


For the Defendant:          Irwin G. Lichter, Esq.
                            Thomas F. Almon, Jr., Esq.
                            321 NE 26th Street
                            Miami, Florida  33137



Reported By:                Judith M. Wolff, CRR
                            Official United States Court Reporter
                            400 N. Miami Avenue, Room 8N09
                            Miami, FL  33128
                            (305)523-5294
                            judy_wolff@flsd.uscourts.gov

STENOGRAPHICALLY REPORTED, COMPUTER-AIDED TRANSCRIPT

(Court was called to order.)

THE COURT:  Okay.  United States v. Armado Valencia.

MR. TAMEN:  Good afternoon, Your Honor.  Frank Tamen representing the United States.

MR. LICHTER:  Irwin Lichter on behalf of Armando Valencia.  Present with me at counsel table is Tom Almon.  Mr. Almon is here principally as conflict counsel.

The defendant is also present, being assisted by the interpreter.

THE COURT:  Okay.  Good afternoon to everyone.

Let's take up the presentence investigation report.  Any objections that were filed?

MR. LICHTER:  Judge, I filed a number of objections, however, Mr. Tamen and I have done most of the heavy lifting, and the government and I have have come to a resolution of most of the factual and calculating objections that I've made.

THE COURT:  Well, good.

MR. LICHTER:  My understanding is that the government will recommend and will not object to a reduction of one level for leadership, which will place the defendant at Level 38.

THE COURT:  Well, if you don't mind, the addendum to the presentence report lays out objections in a chronological order that I would like to follow so we can make sure we cover all of them.

He complains that he never used the name "Juanito".

THURSDAY, JANUARY 10th, 2013

And the probation's response was that it was in the indictment in this case.  How do you want to handle that?

MR. TAMEN:  Judge, there are a number of such objections that really don't effect the guideline level nor are they, I think, material to the Court's sentencing.

THE COURT:  And that may be, and I'll be happy to say that, but right now they are outstanding, and unless they want to be withdrawn, then ...

MR. TAMEN:  Perhaps, if I may state what the government has agreed to with Mr. Lichter, he will be able to withdraw a number of these objections.

THE COURT:  Okay.  So is he Juanito or not?

MR. LICHTER:  Judge, he is not Juanito.  And he is not Luis Valencia-Valencia.  The reason I made that objection is when he was requested by the United States in the verbal note, they asked for the Mexican government to arrest Armando Valencia, also known as "Juanito", also known as "Luis Valencia-Valencia."  And he is not either of those other two people.  He is Armando Valencia.

THE COURT:  Okay.  So the government agrees?

MR. TAMEN:  Yes, Your Honor.

THE COURT:  Okay.  So we will grant those first two objections.

THE COURT:  Moving right along, according to the defendant, paragraph 142 of the PSR should read:  "While

THURSDAY, JANUARY 10th, 2013

4

incarcerated in Mexico, the defendant was permitted to contact his family once or twice a month.  Since being extradited to the United States, he has been able to maintain almost daily contact with his family."

MR. LICHTER:  Judge, what happened there was that during the interview the defendant stated he was only permitted to contact his family once or twice a month, and in the reporting of it, it got twisted around.

In the original PSI it said he could contact his family almost daily while in Mexico, but here he was only able to see them about 10 minutes a day.

THE COURT:  Okay.  So they corrected that one.

MR. LICHTER:  They did correct that one.

THE COURT:  And they corrected the next one, too, right?

MR. LICHTER:  Yes, sir, they did.  That's exactly right.

THE COURT:  Number 44.  Okay.

The defendant objects to paragraphs 20 and 48 of the Offense Conduct Section of the PSR, paragraph 73, 74, 78 and 79.

The defendant admitted to participating and receiving one load of cocaine from Alejandro Bernal-Madrigal at sea and transporting it to Mexico.  He denied that he is, quote, "one of Mexico's biggest drug traffickers," close quote, and that

he was the leader of the Valencia organization.

Instead he admits to being a member and contends that Luis Valencia-Valencia was the leader of Valencia organization.  He denies he was Bernal-Madrigal's primary point of contact in Mexico, or that Bernal-Madrigal used the defendant to transport most of the cocaine he shipped from South America to Mexico, and the United States.

He also denied that he regularly coordinated shipments of multi-ton amounts of cocaine with Ever Villafane-Martinez, or received loads from Mario Astaiza.

The probation officer's response notes that the offense conduct was originally written in 1999; the information included in the offense conduct in sections of the PSI was provided by assistant United States Attorney Glen Alexander, Drug Enforcement special agents Paul Craine, Nick Nolan, and Kevin Burns?  This information was subsequently updated by special agent Ming Nguyen.

The government's position as to defense objections regarding defense conduct and role section in the PSR is pending, therefore the probation officer respectfully defers these objections to the government.  The issues remain resolved.

Let me just say for the record, now having read that response again, that I am the only one that's still around on this case as you all have come and gone.  This goes back to

1999.  I think there were some 50-odd defendants in this case.

MR. LICHTER:  Yes.

THE COURT:  This wasn't even my case to begin with. It was transferred to me by some other judge.

MR. LICHTER:  Judge Ryskamp.

THE COURT:  Thank you, very much.  And I've been living with this case for the past 13 years or so.

In any event, I don't know how many defendants I've sentenced.  I think we are getting down to the end of the line.

MR. LICHTER:  Getting down to the end, yeah.

THE COURT:  So I've looked at this offense conduct on more occasions than I would care.  But one of the things that they do in the offense conduct, I think whoever did this report, did a very good and thorough job.

But of course they get to the role of the offense conduct and, you know, I think the probation officer does the best job they can in trying to identify levels of participation, managers, organizers, supervisors, journeymen and the like.

So they go to role assessment, at paragraph 71, and the big kahuna was Alejandro Bernal-Madrigal-Madrigal.  Right? We all agree with that.

MR. TAMEN:  Yes.

MR. LICHTER:  We don't all agree with that.

THURSDAY, JANUARY 10th, 2013

THE COURT:  Okay.  Well, I guess there's always somebody bigger.

MR. LICHTER:  Oh, I'm sorry.  Excuse me.  Bernal, yes, was indeed the big kahuna.

THE COURT:  And I guess there's always somebody bigger than that, but this was the biggest-named defendant.

MR. LICHTER:  That's right.

THE COURT:  And as I said, there are some 40 or 50 defendants in the case.  Well guess who's number two on the list?

MR. LICHTER:  Armando Valencia, Judge.

THE COURT:  That's this defendant, right?

MR. TAMEN:  Yes.

THE COURT:  Okay.  So what the probation officer did was go ahead and award, at paragraph 127, "the defendant was an organizer or leader of criminal activity that involved five or more participants or was otherwise extensive, the offense level is increased by four levels."  And they awarded four levels.  Okay.

MR. LICHTER:  That's what the PSI says, Judge, and we didn't agree with that.

THE COURT:  Okay.

MR. LICHTER:  And we didn't agree with it mostly because of the fact, as I said to the Court, when the defendant was originally arrested, he was -- they sought his

arrest as Armando Valencia, also known as Luis Valencia-Valencia.

In Michoacan, where the defendant is from, just about every fifth or sixth person has the sir name "Valencia," and there is a great deal of intermarriage among them, which is why you end up with people like "Luis Valencia-Valencia."

There was a group at that time who were involved in trafficking, and they were known as "Los Valencias," and, yes, Armando Valencia was a member of that group. But he was not the leader. He was not the "big man." He was a worker for Luis Valencia-Valencia.

He was sent to Colombia to speak to Bernal; he did do that. He did make arrangements to receive the one load. He did do that. He admits to that. He's not trying to get out of anything. He did what he did.

But he didn't do, and he is not responsible for everything else that they say in the PSI.

Now Mr. Tamen, to his credit, was open enough to sit down and talk to me about this. And as a result, we all agreed, we both agreed, that if Bernal was the big man here, if he was the hub for all of the Colombian and Mexican traffickers, and he got a four-level increase, that it was fitting -- and we agreed to recommend to the Court jointly -- a one-level decrease in leadership for Mr. Valencia because of that.

After reviewing -- you see, in the 13 years since this stuff has been going in front of Your Honor, Mr. Valencia was never in front of the Court.  And he was never able to defend himself and put these things forth in front of Your Honor.

I was able to talk about it with the government.  The government agrees that he was not as criminally responsible as Bernal, and they recommend, along with us, that the Court accept a one-level decrease for leadership.

THE COURT:  Okay.  Well, you're not suggesting that only one person in a conspiracy of this scope can be awarded four levels, are you?

MR. LICHTER:  No, sir, I am not.  No, I am not.

THE COURT:  Okay.  So let's see if we can sort it out somewhat.  Maybe Mr. Tamen knows this.  They sent him over here, so I'm going to infuse him with knowledge of this case.

At paragraph 74 there is another defendant, Guillermo Moreno-Rios, was a close and trusted associate of Alejandro Bernal.  And he follows in order of seniority the listing of the defendants in this case.

Can you tell me, Mr. Tamen, what role assessment Mr. Guillermo Moreno-Rios got?

MR. TAMEN:  No, I'm afraid I don't have that information, Your Honor.

MR. LICHTER:  Judge, I can tell you he did not

receive a four-level increase.

THE COURT:  How do you know that?

MR. LICHTER:  I know that because I know that Mr. Guillermo Moreno-Rios received a sentence of -- if I could have just one moment, Judge -- 135 months.

THE COURT:  How do you know that?

MR. LICHTER:  I know that because I took a look at the docket sheet.

THE COURT:  Okay.  And what was his role in the offense?

MR. LICHTER:  Judge, his role in the offense --

THE COURT:  I mean, his adjusted role?  What did they give him?  How many -- two, three or four points?

MR. LICHTER:  Judge, I don't know that.  I didn't have access to his PSI.

THE COURT:  And you don't know if he got a Rule 35 or a 5K?

MR. LICHTER:  Judge, I couldn't tell the Court.

THE COURT:  Okay.  So does anybody know the role offense calculations of any of the other defendants in this case?

MR. TAMEN:  The only one I know of is Bernal-Madrigal, who got the four-level increase.

THE COURT:  Okay.  Well, if you go to paragraph 33, it says here -- this is as to this defendant:  "Armando

THURSDAY, JANUARY 10th, 2013

Valencia was one of Mexico's biggest drug traffickers.  He was Bernal-Madrigal's main point of contact in Mexico, and he worked hand-in-hand with Bernal-Madrigal in the transportation of loads of cocaine from Colombia to Mexico.

"Valencia owned some fishing vessels in Mexico, which he used at times to transfer Bernal-Madrigal's cocaine shipments from the South American transporters to his own boats to facilitate the smuggling of the cocaine into Mexico for subsequent introduction into the United States.

"On other occasions he subcontracted the vessels of other Mexican transporters to bring in the cocaine.  He was fully responsible for the cocaine once it arrived in Mexico, and he also handled the sale of the cocaine and the return of the drug proceeds back to Bernal-Madrigal."

Let me ask the government, is there anything in that paragraph that you are suggesting is incorrect?

MR. TAMEN:  Judge, during the early stages of this case, the activities of this defendant, Armando Valencia, were somewhat conflated with the drug activities of Luis Valencia-Valencia; and some of what Luis Valencia-Valencia was doing was believed to have been attributed to Armando because it was not clear at the time they were two different people.

And in fact, that is -- the affidavit that was submitted by one of the agents, Ming Nguyen, indicates that they were aliases of the same person, when in fact they were

THURSDAY, JANUARY 10th, 2013

not.

So the extent of Armando Valencia's drug trafficking activities is not as extensive as indicated in the PSI.  In addition to which we don't have quite as many witnesses available at the present time as we did back in 1999, as some are dead, some are in Colombia, some are not cooperating.

So in terms of my ability to carry my burden of proving aggravated conduct in this case, I am somewhat constrained, and would not be in a position to argue that that paragraph accurately describes Armando Valencia.

I think that he was clearly involved in running drugs from Colombia to Mexico; that he had boats; that he deserves an enhancement for an organizational management or supervisory role, but not as extensive as would be indicated by the information in the PSI.

THE COURT:  Okay.  Well, let's follow up on that.

You are saying that there is another individual by the name of, what, Luis Valencia-Valencia?

MR. TAMEN:  Yes.

THE COURT:  Was he named in the indictment?

MR. LICHTER:  No, sir, he was not.

THE COURT:  Okay.  So if you go to paragraph 73, Mr. Tamen, what is an incorrect statement in that paragraph?

MR. TAMEN:  Well the first sentence, I would not be in a position to allege or establish that Armando Valencia was

THURSDAY, JANUARY 10th, 2013

13

one of Mexico's biggest drug traffickers.

THE COURT:  So you're saying that is an incorrect statement?

MR. TAMEN:  Yes.  And I don't know that he was Bernal-Madrigal's main point of contact in Mexico.  He was a significant point of contact --

THE COURT:  Well, okay.  Let's do one at a time.  So at the government's representation, then, we will delete that he was -- he was one of Mexico's biggest drug traffickers.

The next one, he was Bernal-Madrigal's main point of contact in Mexico.  You are saying that that is not correct?

MR. TAMEN:  I would say that he was a significant point of contact, but I can't say he was the main point of contact.

MR. LICHTER:  Judge -- and that is true.  And the government's trial brief which was submitted to Your Honor prior to the trial in United States versus Ochoa, also indicated that Mr. Bernal-Madrigal lived in Mexico for many years with Armado Carito-Fuentes, and he spent two years in jail with him.  And he met a lot of Mexican drug traffickers, and he knew a lot of them and he worked with a lot of them.

And although Mr. Valencia here, Armando Valencia did indeed meet with him, discuss drug loads and did receive at least one load from him, he was not his main point of contact, and he didn't work hand-in-hand with him on loads, on

THURSDAY, JANUARY 10th, 2013

transporting loads of cocaine from Colombia to Mexico.  He worked, for sure, on one.

THE COURT:  That's correct.  So the government has represented that it should be corrected to reflect that he was a significant point of contact in Mexico.

The next phrase is that he worked hand-in-hand with Bernal-Madrigal in the transportation of loads of cocaine from Columbia to Mexico.  Is that a correct statement, or incorrect?

MR. TAMEN:  I believe it's generally correct.

THE COURT:  Okay.

MR. LICHTER:  Judge, we would argue that it would be more like one load, as opposed to loads.

THE COURT:  Well, does the government have evidence of more than one load?

MR. TAMEN:  At this point, no.

THE COURT:  So how do you want to correct it?  Just that he -- I mean, "It's the government's representation that he was involved in transportation of a load"?

MR. LICHTER:  "Of at least one load."

MR. TAMEN:  Yes, I think that would be accurate.

THE COURT:  "Valencia owned some fishing vessels in Mexico, which he used at times to transfer Bernal-Madrigal's cocaine shipments from" --

MR. LICHTER:  Judge, we objected to that and we would

THURSDAY, JANUARY 10th, 2013

indicate that Mr. Armando Valencia did not own any fishing vessels, but he did know some people who owned and he was able to use their services.

THE COURT:  Okay.  What's the government's position?

MR. TAMEN:  If we changed "owned" to "used," I think that would be accurate and not disputed.

MR. LICHTER:  Judge, the next sentence is fine. That's actually what happened.

THE COURT:  Let's see.  "... and at times would transfer Bernal-Madrigal's cocain shipments from South American transporters to his own boats."

MR. LICHTER:  I'm sorry, not "his own boats."  I misread that.  I misspoke.

THE COURT:  Mr. Tamen?

MR. TAMEN:  "To the boats he used."

MR. LICHTER:  "To the boats he used."  Sure.

THE COURT:  Okay.  "On other occasions..."

MR. LICHTER:  Judge, we don't agree with that.  What he did in fact do was he subcontracted the vessel of another Mexican transporter to bring in the cocaine, but it was only on one occasion to which he admitted.

THE COURT:  Just take out "on other occasions"?

MR. LICHTER:  Sure, yes.

THE COURT:  Does the government agree?

MR. TAMEN:  Yes, Your Honor.

THURSDAY, JANUARY 10th, 2013

THE COURT:  "He was fully responsible for the cocaine once it arrived in Mexico, and he also handled the sale of the cocaine and returned the drug proceeds back to Bernal-Madrigal."

MR. LICHTER:  Judge, Mr. Valencia was instructed to pick up the dope, transport it to Mexico, and deliver it to the people that Bernal instructed him to.  He had no organization for transporting it through Mexico.  He had no organization to transport it into the United States.  He was not involved in the sale of the cocaine or the return of the monies to Colombia.

THE COURT:  So, "he was fully responsible for the cocaine once it arrived in Mexico"?

MR. LICHTER:  No, sir, he was not.

MR. TAMEN:  I think I could say, "he was responsible for delivering the cocaine once it arrived in Mexico."

MR. LICHTER:  That's right.

MR. TAMEN:  And that would basically be the end of his involvement.

MR. LICHTER:  That's right, Judge.

THE COURT:  "He was fully responsible for delivering the cocaine once it arrived in Mexico."  And then you want to put a period there?

MR. TAMEN:  Yes.

THE COURT:  Okay.  Everybody in agreement on that,

THURSDAY, JANUARY 10th, 2013

then?  Okay.

So your argument is, on that paragraph, as it stands now, it should be reduced from a 4 to a 3?

MR. LICHTER:  We are recommending a three-level increase for leadership based on that paragraph.

THE COURT:  So that takes him, at paragraph 127, plus 3?

MR. TAMEN:  Yes, Your Honor.

THE COURT:  Total offense level 38.  Okay?

MR. LICHTER:  Yes, sir.

THE COURT:  Next objection.

MR. LICHTER:  I'm sorry?

THE COURT:  Next objection.

MR. LICHTER:  Judge, there no further objections but there is a request for the Court to grant a downward departure, a variance, based on the pretrial conditions of imprisonment.

THE COURT:  Okay.  Anything further on that?

MR. LICHTER:  Judge, when Armando Valencia was arrested, it was the year 2003.  He was taken to the Altiplano Maximum Security Federal Prison in Mexico, where he spent more than nine years before he was brought here to the United States.

He spent those nine years in solitary confinement. He was -- during that time he was kept locked up for at least

23 hours a day, every day.  He was held in a very, very small, very bad-smelling cell.

The lights in his cell were kept on 24 hours a day. When he was fed, they shoved the food through a hole in the door.  It was very inadequate food, and it was generally spoiled.

The toilet was a hole in the floor, and normally it was full.  Whenever it rained, the hole in the floor would spill back into his cell.  In the winter, he froze, there was no heating; in the summer there was no air conditioning.

And additionally, every 15 minutes as the guards made their rounds, they would slam these steel doors.  For nine years.

He was supposed to have a shower once a day for five minutes.  And he was given a shower, but it didn't occur every day and oftentimes didn't occur every week.  When the water was available, most of the times the water in his cell was either black or brown-colored.

His cell, many times, was infested with rodents and snakes.

The only times he could talk to his attorney was when there was a court session.  The visit with his family was supposed to be once a month for 10 minutes, but generally speaking, it didn't take place.

Judge, I got to tell you that I've been at this for a

while, and I've been all over.  I've been to Fox Hill Prison in the Bahamas, where they put, like, 15 guys in a 10-man cell.  I've been to Ecuador, to the main prison there.

I've been to all of the prisons in Colombia.  I know that this Court, as well as many courts, is regularly provided with motions like mine, requesting for a reduction based on being at Combita, in Colombia.

I have to tell you, I went to Altiplano to try to visit Mr. Valencia.  And I did.  I was able to see him for 10 minutes through a little tiny grate in the wall.  I have to tell you that, in my experience, this has got to be one of the worst places that I've ever seen in my life.  It's much worse than any of the other jails.

When he came here to the United States, when he was brought here, he reported headaches.  He had a dramatic loss of weight when he was brought here; he had headaches; he had nightmares; he has psychological problems.

When I first met with him, the first month or two when he was brought here, it was very -- I have to tell the Court that he was not 100 percent.  There were some severe psychological repercussions as a result of his being incarcerated.

And you know the Court can take note of the fact that pretrial detainees are never incarcerated here like that.  Never end up like that.

THURSDAY, JANUARY 10th, 2013

You know, coincidentally, I have to tell you, Mr. Almon is here because I had represented, previously, another person in this case, Ricardo Ochoa.  I don't remember if you remember him, but Mr. Ochoa ended up spending six months in what we call "SHU" here.  The Special Housing Unit. He spent six months there and had many of the symptoms that Mr. Valencia suffered.

At that time I filed a motion for extra credit because he had -- poor man had spent six months in SHU.

Your Honor granted that motion, and you gave Mr. Ochoa an additional three months -- if I remember right -- for the conditions that he suffered at that time.

This man here was in this hellhole for over nine years, in solitary confinement.  And as a result he has suffered dramatically.  It's not the way people should be treated before they are brought here.  There should be some recognition of this, and we ask the Court to give Mr. Valencia a reduction for having spent those over nine years in those conditions.

THE COURT:  Any response from the government?

MR. TAMEN:  Judge, that's one of the reasons that I agreed to recommend the low-end of the guideline range for the defendant.  But I generally oppose reductions based on prison conditions because that puts both the government and the Court in a very untenable position of trying to decide the

THURSDAY, JANUARY 10th, 2013

respective impediments to normal life in different prisons all over the world.  And is Combita worse than this one in Mexico, and how does that compare to ones in Honduras or Guatemala?

And I just don't think that the government or the Court is in a position to make factual determinations of how much worse one prison may be than any other.

So I don't think that that's a proper basis for a departure.  It may be -- in fact, there is at least one Court that has recognized it can be a basis for departure, but I object to the Court granting a departure on that basis.

MR. LICHTER:  In response, Judge, I would just like to point out to the Court that in the Eleventh Circuit, in United States versus Presley, which I cited in my motion --

THE COURT:  I saw it.

MR. LICHTER:  In that case the Court felt that it was -- it was -- that the Court was entitled to reduce by 50 percent the sentence of Mr. Presley.  We're not asking for that.  We're just asking for some sort of recognition.

What I'm really asking for is I would like the Court to grant a reduction of three levels to Mr. Valencia based on the incarceration at the Altiplano.  That would place him at essentially 168 months, which for a guy who is not the man he was once portrayed to be, it's 15 years, that's still an adequate sentence.

THE COURT:  Well, I'm going to deny the motion.  I'm

THURSDAY, JANUARY 10th, 2013

not questioning that any time spent in prison is not time that anyone would want to spend. I also recognize that there are gradations of prison confinement depending on the criminal justice system that you are operating under.

But I do think to the extent that you have made an argument for the particular conditions that this defendant was incarcerated under, those considerations can be taken into account in determining where, within the otherwise applicable guideline range, the Court would sentence; also taking into consideration the other 3553 factors, including the seriousness of the offense; the history and characteristics of the defendant; the need to promote respect for law; and provide adequate deterrence.

Okay? Next objection?

MR. LICHTER: That's it, Judge.

THE COURT: So with that the probation office reduced the offense level from a 39 to a 38. Criminal History Category stays the same. The advisory guideline range goes from 262 to 330 -- 327, to 235 to 293; is that a correct calculation of the guidelines?

MR. LICHTER: I'm sorry. What was that, Judge?

THE COURT: The offense level goes from 39 to 38. Criminal History Category remains I. Guideline range goes from what was 262 to 327, to now 235 to 293.

MR. LICHTER: Yes.

THURSDAY, JANUARY 10th, 2013

THE COURT: All in agreement on that?

MR. TAMEN: Yes.

THE COURT: Mr. Valencia, do you want to say anything on your own behalf before sentence is imposed?

THE DEFENDANT: Good afternoon, Your Honor.

THE COURT: Good afternoon.

THE DEFENDANT: First of all, I would like to apologize. I am sorry, and I apologize to the government of the United States for the crime that I have committed.

I am very remorseful for what I did, and as you have heard, Your Honor, the almost 10 years that I was imprisoned I suffered very much, as well as my family has suffered very much because when I was arrested my children they were all very young. They were children, all of them. And I was unable to enjoy my children and see them grow up. And that really hurts my heart.

And as any human being, I ask to be given another opportunity to be able to redeem myself, to be able to participate in this world as part of society.

And I'm saying this to you, Your Honor, from the bottom of my heart.

THE COURT: Thank you.

THE DEFENDANT: And thank you so much for listening to me. Thank you, Your Honor.

THE COURT: Thank you.

THURSDAY, JANUARY 10th, 2013

Okay. Anything on his behalf?

MR. LICHTER: Yes. I would like to say that the PSI has been changed to reflect what he did, as opposed to what they suspected he did 15 years ago.

Be that as it may, he did what he did, and it's now over nine years later since he was arrested.

I have to tell the Court that he is a different person than the person that was named in the indictment. And by the way, I also would like to point out to the Court that Mr. Valencia's family has come here from California. They are here in the court. His sisters, his niece, his sons. They are here in the court to support him. He's been excessively punished under abnormally hard conditions.

I ask the Court to consider a downward variance below the 235 months, and to also give him credit for time served.

THE COURT: Thank you. Going through these 42 defendants, at least the ones that have been sentenced, there are certainly a range of sentences, but given his role in the offense, even as adjusted, he is still, one could argue, above or below individuals -- I saw one life sentence in here. I saw 293 months. 174 months.

MR. LICHTER: I think most of those apply to people who were also, like, guerrillas and involved with loss of life. Like Cuco Vanoy. I think Ever Villafane, who got life. Not only did he escape from Combita, or La Picota Prison, but

he returned to drug trafficking and was unrepentant.  It's a different situation than this defendant.

THE COURT:  Sure, sure.  But I do see that there are defendants in this case that have received substantial periods of incarceration.

All right.  Anything from the government?

MR. TAMEN:  No, Your Honor.  I just indicated I agree the low end of the applicable guideline range would be an appropriate sentence in this case.

And in the judgment, I would just ask if the Court were simply to recommend the Bureau of Prisons recommend that the defendant receive credit for time served since his arrest in Mexico.  That's the way they normally calculate it.

THE COURT:  Okay.

MR. TAMEN:  That we give him that credit.

THE COURT:  And I have an arrest date, but what are you suggesting is the correct arrest date?

MR. LICHTER:  It's August 13, 2003.

THE COURT:  August 15, 2003.

MR. LICHTER:  15th.

THE COURT:  Is what they have in here.  And to the extent you requested a downward departure, again I'll deny that request.  All right.

If nothing further, the Court has considered the statements of all parties, the presentence report which

THURSDAY, JANUARY 10th, 2013

contains the advisory guidelines and the statutory factors. The Court finds that a sentence at the low end of the advisory guideline range is sufficient to deter further recidivism and meet statutory requirements.

It is the finding of the Court that the defendant is not able to pay a fine; it is the judgement of the Court that the defendant, Armando Valencia, is committed to the Bureau of Prisons, to be imprisoned for 235 months as to Count Three.

Upon release from imprisonment, the defendant shall be placed on supervised release for a term of five years.

Within 72 hours of release, the defendant shall report in person to the probation office in the district where released.

While on supervised release, the defendant shall not commit any crimes; shall be prohibited from possessing a firearm or other dangerous device; shall not possess controlled substance; shall cooperate in the collection of DNA; and comply with the standard conditions of supervised release, including the following special conditions:

Surrendering to immigration for removal after imprisonment; self-employment restriction; and permissible search as noted in Part G of the presentence report.

The defendant shall immediately pay to the United States a special assessment of $100.

Total sentence:  235 months imprisonment; five years

THURSDAY, JANUARY 10th, 2013

supervised release; and a $100 special assessment.

Now that sentence has been imposed, does the defendant or his counsel object to the Court's finding of fact or to the manner in which sentence was pronounced?

MR. LICHTER:  No, Your Honor.

THE COURT:  Mr. Valencia, do you understand you have a right to appeal the sentence that I've imposed?  Do you wish to appeal?

MR. LICHTER:  Judge, we're going to take that under advisement, if that's all right.  We have a couple days, I beleive.

THE COURT:  You do.  Okay.  I just need to hear from him.

Do you wish to appeal, Mr. Valencia?

THE DEFENDANT:  Yes, Your Honor.

THE COURT:  Okay.  That eliminates any ambiguity in the future if somebody says I wanted to appeal, but my attorney said no.  And we've got a record he wants to.

MR. LICHTER:  Gotcha.

THE COURT:  Okay.  And we will set -- we will include in the judgment that he be given credit for time served from the date of the execution of the provisional arrest warrant in Mexico, on August 15, 2003.

MR. LICHTER:  Judge, one final thing.

THE COURT:  Yes, sir.

THURSDAY, JANUARY 10th, 2013

MR. LICHTER:  His family lives in Los Angeles, and in San Francisco.  Would you -- we would ask the Court to make a recommentation to the Bureau of Prisons that he be designated to an institution as close to Central or Northern District of California as possible.

THE COURT:  We will include that in the judgment for the reasons you have given.

MR. LICHTER:  Thank you, very much.

THE COURT:  Thank you.  Any counts to dismiss, Mr. Tamen?

MR. TAMEN:  We move to dismiss the remaining counts as to this defendant.

THE COURT:  Okay.  And before you step out, make sure I've got a warm body on your side.

(Proceedings were adjourned at 3:13 p.m.)

* * *

I certify that the foregoing is a correct transcript from the record of proceedings in the above matter.

Date:  Tuesday, February 5, 2013

s/ JUDITH M. WOLFF, CERTIFIED REALTIME REPORTER
Signature of Court Reporter

THURSDAY, JANUARY 10th, 2013

**$**

**$100 [2]** 26/24 27/1

**1**

**10 [4]** 4/11 18/23 19/9 23/11
**10-man [1]** 19/2
**100 [1]** 19/20
**10th [1]** 1/5
**127 [2]** 7/15 17/6
**13 [3]** 6/7 9/1 25/18
**135 [1]** 10/5
**142 [1]** 3/25
**15 [6]** 18/11 19/2 21/23 24/4 25/19 27/23
**15th [1]** 25/20
**168 [1]** 21/22
**174 [1]** 24/21
**1999 [3]** 5/12 6/1 12/5

**2**

**20 [1]** 4/19
**2003 [4]** 17/20 25/18 25/19 27/23
**2013 [2]** 1/5 28/20
**23 [1]** 18/1
**235 [5]** 22/19 22/24 24/15 26/8 26/25
**24 [1]** 18/3
**262 [2]** 22/19 22/24
**26th [1]** 1/19
**293 [3]** 22/19 22/24 24/21
**2:31 [1]** 1/5

**3**

**305 [1]** 1/24
**321 [1]** 1/19
**327 [2]** 22/19 22/24
**33 [1]** 10/24
**330 [1]** 22/19
**33128 [1]** 1/23
**33132 [1]** 1/16
**33137 [1]** 1/19
**35 [2]** 1/9 10/16
**3553 [1]** 22/10
**38 [4]** 2/20 17/9 22/17 22/22
**39 [2]** 22/17 22/22
**3:13 [1]** 28/15

**4**

**40 [1]** 7/8
**400 [1]** 1/23
**42 [1]** 24/16
**44 [1]** 4/18
**48 [1]** 4/19

**5**

**50 [2]** 7/8 21/16
**50-odd [1]** 6/1
**523-5294 [1]** 1/24
**5294 [1]** 1/24
**5K [1]** 10/17

**7**

**71 [1]** 6/21
**72 [1]** 26/11
**73 [2]** 4/20 12/22
**74 [2]** 4/20 9/17
**78 [1]** 4/20
**79 [1]** 4/21

**8**

**8N09 [1]** 1/23

**9**

**99 [1]** 1/16
**99-CR-06153-KMM [1]** 1/2

**A**

**a/k/a [2]** 1/7 1/8
**ability [1]** 12/7
**able [10]** 3/10 4/3 4/10 9/3 9/6 15/2 19/9 23/18 23/18 26/6
**abnormally [1]** 24/13
**about [4]** 4/11 8/3 8/19 9/6
**above [2]** 24/19 28/18
**accept [1]** 9/9
**access [1]** 10/15
**according [1]** 3/24
**account [1]** 22/8
**accurate [2]** 14/21 15/6
**accurately [1]** 12/10
**activities [3]** 11/18 11/19 12/3
**activity [1]** 7/16
**actually [1]** 15/8
**addendum [1]** 2/21
**addition [1]** 12/4
**additional [1]** 20/11
**additionally [1]** 18/11
**adequate [2]** 21/24 22/13
**adjourned [1]** 28/15
**adjusted [2]** 10/12 24/19
**admits [2]** 5/2 8/14
**admitted [2]** 4/22 15/21
**advisement [1]** 27/10
**advisory [3]** 22/18 26/1 26/2
**affidavit [1]** 11/23
**afraid [1]** 9/23
**after [2]** 9/1 26/20
**afternoon [4]** 2/3 2/10 23/5 23/6
**again [2]** 5/24 25/22
**agent [1]** 5/17
**agents [2]** 5/15 11/24
**aggravated [1]** 12/8
**ago [1]** 24/4
**agree [7]** 6/23 6/25 7/21 7/23 15/18 15/24 25/7
**agreed [5]** 3/10 8/20 8/20 8/23 20/22
**agreement [2]** 16/25 23/1
**agrees [2]** 3/20 9/7
**ahead [1]** 7/15
**air [1]** 18/10
**Alejandro [3]** 4/23 6/22 9/18
**Alexander [1]** 5/15
**aliases [1]** 11/25
**all [17]** 2/24 5/25 6/23 6/25 8/19 8/21 19/1 19/4 21/1 23/1 23/7 23/13 23/14 25/6 25/23 25/25 27/10
**allege [1]** 12/25
**Almon [4]** 1/18 2/6 2/7 20/2
**almost [3]** 4/3 4/10 23/11
**along [2]** 3/24 9/8
**also [13]** 2/8 3/17 3/17 5/8 8/1 11/13 13/17 16/2 22/2 22/9 24/9 24/15 24/23
**although [1]** 13/22
**Altiplano [3]** 17/20 19/8 21/21
**always [2]** 7/1 7/5
**am [6]** 5/24 9/13 9/13 12/8 23/8 23/10
**ambiguity [1]** 27/16
**AMERICA [2]** 1/5 5/7
**American [2]** 11/7 15/11
**among [1]** 8/5
**amounts [1]** 5/9

**Angeles [1]** 28/1
**another [5]** 9/17 12/17 15/19 20/3 23/17
**any [12]** 2/12 6/8 10/20 15/1 19/13 20/20 21/6 22/1 23/17 26/15 27/16 28/9
**anybody [1]** 10/19
**anyone [1]** 22/2
**anything [6]** 8/15 11/15 17/18 23/3 24/1 25/6
**apologize [2]** 23/8 23/8
**appeal [4]** 27/7 27/8 27/14 27/17
**APPEARANCES [1]** 1/14
**applicable [2]** 22/8 25/8
**apply [1]** 24/22
**appropriate [1]** 25/9
**are [22]** 3/3 3/5 3/7 6/9 7/8 9/12 11/16 12/6 12/6 12/6 12/17 13/11 17/4 19/24 20/16 22/2 22/4 24/10 24/12 24/18 25/3 25/16
**argue [3]** 12/9 14/12 24/19
**argument [2]** 17/2 22/6
**Armado [2]** 2/2 13/19
**ARMANDO [17]** 1/7 2/5 3/16 3/19 7/11 8/1 8/9 10/25 11/18 11/21 12/2 12/10 12/25 13/22 15/1 17/19 26/7
**around [2]** 4/8 5/24
**arrangements [1]** 8/13
**arrest [6]** 3/16 8/1 25/12 25/16 25/17 27/22
**arrested [4]** 7/25 17/20 23/13 24/6
**arrived [5]** 11/12 16/2 16/13 16/16 16/22
**ask [6]** 11/15 20/17 23/17 24/14 25/10 28/2
**asked [1]** 3/16
**asking [3]** 21/17 21/18 21/19
**assessment [4]** 6/21 9/21 26/24 27/1
**assistant [1]** 5/14
**assisted [1]** 2/8
**associate [1]** 9/18
**Astaiza [1]** 5/10
**attorney [4]** 1/15 5/14 18/21 27/18
**attributed [1]** 11/21
**August [3]** 25/18 25/19 27/23
**AUSA [1]** 1/15
**available [2]** 12/5 18/17
**Avenue [1]** 1/23
**award [1]** 7/15
**awarded [2]** 7/18 9/11

**B**

**back [5]** 5/25 11/14 12/5 16/3 18/9
**bad [1]** 18/2
**bad-smelling [1]** 18/2
**Bahamas [1]** 19/2
**based [5]** 17/5 17/16 19/6 20/23 21/20
**basically [1]** 16/18
**basis [3]** 21/7 21/9 21/10
**be [33]**
**because [9]** 7/24 8/24 10/3 10/7 11/21 20/2 20/9 20/24 23/13
**been [13]** 4/3 6/6 9/2 11/21 18/25 19/1 19/1 19/3 19/4 24/3 24/12 24/17 27/2
**before [5]** 1/12 17/22 20/16 23/4 28/13
**begin [1]** 6/3
**behalf [3]** 2/5 23/4 24/1
**being [6]** 2/8 4/2 5/2 19/7 19/21 23/17
**beleive [1]** 27/11
**believe [1]** 14/10

## B

**believed [1]** 11/21
**below [2]** 24/14 24/20
**Bernal [22]** 4/23 5/4 5/5 6/22 7/3 8/12 8/20 9/8 9/19 10/22 11/2 11/3 11/6 11/14 13/5 13/10 13/18 14/7 14/23 15/10 16/4 16/7
**Bernal-Madrigal [6]** 4/23 5/5 11/3 11/14 14/7 16/4
**Bernal-Madrigal's [7]** 5/4 11/2 11/6 13/5 13/10 14/23 15/10
**Bernal-Madrigal-Madrigal [1]** 6/22
**best [1]** 6/18
**big [4]** 6/22 7/4 8/10 8/20
**bigger [2]** 7/2 7/6
**biggest [5]** 4/25 7/6 11/1 13/1 13/9
**biggest-named [1]** 7/6
**black [1]** 18/18
**boats [6]** 11/8 12/12 15/11 15/12 15/15 15/16
**body [1]** 28/14
**both [2]** 8/20 20/24
**bottom [1]** 23/21
**brief [1]** 13/16
**bring [2]** 11/11 15/20
**brought [5]** 17/22 19/15 19/16 19/19 20/16
**brown [1]** 18/18
**brown-colored [1]** 18/18
**burden [1]** 12/7
**Bureau [3]** 25/11 26/7 28/3
**Burns [1]** 5/16

## C

**calculate [1]** 25/13
**calculating [1]** 2/16
**calculation [1]** 22/20
**calculations [1]** 10/20
**California [2]** 24/10 28/5
**call [1]** 20/5
**called [1]** 2/1
**came [1]** 19/14
**can [9]** 2/23 6/18 9/11 9/14 9/21 9/25 19/23 21/9 22/7
**can't [1]** 13/13
**care [1]** 6/13
**Carito [1]** 13/19
**Carito-Fuentes [1]** 13/19
**carry [1]** 12/7
**case [16]** 1/2 3/2 5/25 6/1 6/3 6/7 7/9 9/16 9/20 10/21 11/18 12/8 20/3 21/15 25/4 25/9
**Category [2]** 22/18 22/23
**cell [6]** 18/2 18/3 18/9 18/17 18/19 19/3
**Central [1]** 28/4
**certainly [1]** 24/18
**CERTIFIED [1]** 28/22
**certify [1]** 28/17
**changed [2]** 15/5 24/3
**characteristics [1]** 22/11
**children [3]** 23/13 23/14 23/15
**chronological [1]** 2/22
**Circuit [1]** 21/12
**cited [1]** 21/13
**clear [1]** 11/22
**clearly [1]** 12/11
**close [3]** 4/25 9/18 28/4
**cocain [1]** 15/10

**cocaine [19]** 4/23 5/6 5/9 11/4 11/6 11/8 11/11 11/12 11/13 14/1 14/7 14/24 15/20 16/1 16/3 16/10 16/13 16/16 16/22
**coincidentally [1]** 20/1
**collection [1]** 26/17
**Colombia [8]** 8/12 11/4 12/6 12/12 14/1 16/11 19/4 19/7
**Colombian [1]** 8/21
**colored [1]** 18/18
**Columbia [1]** 14/8
**Combita [3]** 19/7 21/2 24/25
**come [3]** 2/15 5/25 24/10
**commit [1]** 26/15
**committed [2]** 23/9 26/7
**compare [1]** 21/3
**complains [1]** 2/25
**comply [1]** 26/18
**conditioning [1]** 18/10
**conditions [8]** 17/16 20/12 20/19 20/24 22/6 24/13 26/18 26/19
**conduct [8]** 4/20 5/12 5/13 5/19 6/12 6/14 6/17 12/8
**confinement [3]** 17/24 20/14 22/3
**conflated [1]** 11/19
**conflict [1]** 2/7
**consider [1]** 24/14
**consideration [1]** 22/10
**considerations [1]** 22/7
**considered [1]** 25/24
**conspiracy [1]** 9/11
**constrained [1]** 12/9
**contact [13]** 4/1 4/4 4/7 4/9 5/5 11/2 13/5 13/6 13/11 13/13 13/14 13/24 14/5
**contains [1]** 26/1
**contends [1]** 5/2
**controlled [1]** 26/17
**cooperate [1]** 26/17
**cooperating [1]** 12/6
**coordinated [1]** 5/8
**correct [9]** 4/13 13/11 14/3 14/8 14/10 14/17 22/19 25/17 28/17
**corrected [3]** 4/12 4/14 14/4
**could [5]** 4/9 10/4 16/15 18/21 24/19
**couldn't [1]** 10/18
**counsel [3]** 2/6 2/7 27/3
**Count [1]** 26/8
**counts [2]** 28/9 28/11
**couple [1]** 27/10
**course [1]** 6/16
**court [35]**
**Court's [2]** 3/5 27/3
**courts [1]** 19/5
**cover [1]** 2/23
**CR [1]** 1/2
**Craine [1]** 5/15
**credit [6]** 8/18 20/8 24/15 25/12 25/15 27/21
**crime [1]** 23/9
**crimes [1]** 26/15
**criminal [4]** 7/16 22/3 22/17 22/23
**criminally [1]** 9/7
**CRR [1]** 1/22
**Cuco [1]** 24/24

## D

**daily [2]** 4/3 4/10
**dangerous [1]** 26/16
**date [4]** 25/16 25/17 27/22 28/20

**day [6]** 4/11 18/1 18/1 18/3 18/14 18/16
**days [1]** 27/10
**dead [1]** 12/6
**deal [1]** 8/5
**decide [1]** 20/25
**decrease [2]** 8/24 9/9
**defend [1]** 9/4
**defendant [31]**
**defendants [7]** 6/1 6/8 7/9 9/20 10/20 24/17 25/4
**defense [2]** 5/18 5/19
**defers [1]** 5/20
**delete [1]** 13/8
**deliver [1]** 16/6
**delivering [2]** 16/16 16/21
**denied [2]** 4/24 5/8
**denies [1]** 5/4
**deny [2]** 21/25 25/22
**departure [5]** 17/16 21/8 21/9 21/10 25/22
**depending [1]** 22/3
**describes [1]** 12/10
**deserves [1]** 12/12
**designated [1]** 28/3
**detainees [1]** 19/24
**deter [1]** 26/3
**determinations [1]** 21/5
**determining [1]** 22/8
**deterrence [1]** 22/13
**device [1]** 26/16
**did [25]** 4/13 4/16 6/14 6/15 7/14 8/12 8/13 8/14 8/15 8/15 9/25 10/12 12/5 13/22 13/23 15/1 15/2 15/19 19/9 23/10 24/3 24/4 24/5 24/5 24/25
**didn't [8]** 7/21 7/23 8/16 10/14 13/25 18/15 18/16 18/24
**different [4]** 11/22 21/1 24/7 25/2
**discuss [1]** 13/23
**dismiss [2]** 28/9 28/11
**disputed [1]** 15/6
**district [5]** 1/1 1/1 1/12 26/12 28/4
**DNA [1]** 26/18
**do [17]** 3/2 6/14 8/12 8/14 8/16 10/2 10/6 13/7 14/17 15/19 22/5 23/3 25/3 27/6 27/7 27/12 27/14
**docket [1]** 10/8
**does [6]** 6/17 10/19 14/14 15/24 21/3 27/2
**doing [1]** 11/21
**don't [13]** 2/21 3/4 6/8 6/25 9/23 10/14 10/16 12/4 13/4 15/18 20/3 21/4 21/7
**done [1]** 2/14
**door [1]** 18/5
**doors [1]** 18/12
**dope [1]** 16/6
**down [3]** 6/9 6/11 8/19
**downward [3]** 17/15 24/14 25/22
**dramatic [1]** 19/15
**dramatically [1]** 20/15
**drug [12]** 4/25 5/15 11/1 11/14 11/19 12/2 13/1 13/9 13/20 13/23 16/3 25/1
**drugs [1]** 12/11
**during [3]** 4/6 11/17 17/25

## E

**early [1]** 11/17
**Ecuador [1]** 19/3
**effect [1]** 3/4
**either [2]** 3/18 18/18

**E**

**Eleventh [1]** 21/12
**eliminates [1]** 27/16
**else [1]** 8/17
**employment [1]** 26/21
**end [8]** 6/9 6/11 8/6 16/18 19/25 20/22 25/8 26/2
**ended [1]** 20/4
**Enforcement [1]** 5/15
**enhancement [1]** 12/13
**enjoy [1]** 23/15
**enough [1]** 8/18
**entitled [1]** 21/16
**escape [1]** 24/25
**Esq [2]** 1/18 1/18
**essentially [1]** 21/22
**establish [1]** 12/25
**even [2]** 6/3 24/19
**event [1]** 6/8
**ever [3]** 5/9 19/12 24/24
**every [5]** 8/4 18/1 18/11 18/15 18/16
**Everybody [1]** 16/25
**everyone [1]** 2/10
**everything [1]** 8/17
**evidence [1]** 14/14
**exactly [1]** 4/16
**excessively [1]** 24/12
**Excuse [1]** 7/3
**execution [1]** 27/22
**experience [1]** 19/11
**extensive [3]** 7/17 12/3 12/14
**extent [3]** 12/2 22/5 25/22
**extra [1]** 20/8
**extradited [1]** 4/2

**F**

**facilitate [1]** 11/8
**fact [7]** 7/24 11/23 11/25 15/19 19/23 21/8 27/3
**factors [2]** 22/10 26/1
**factual [2]** 2/16 21/5
**family [8]** 4/2 4/4 4/7 4/10 18/22 23/12 24/10 28/1
**February [1]** 28/20
**fed [1]** 18/4
**Federal [1]** 17/21
**felt [1]** 21/15
**fifth [1]** 8/4
**filed [3]** 2/12 2/13 20/8
**final [1]** 27/24
**finding [2]** 26/5 27/3
**finds [1]** 26/2
**fine [2]** 15/7 26/6
**firearm [1]** 26/16
**first [5]** 3/22 12/24 19/18 19/18 23/7
**fishing [3]** 11/5 14/22 15/1
**fitting [1]** 8/23
**five [4]** 7/16 18/14 26/10 26/25
**FL [1]** 1/23
**floor [2]** 18/7 18/8
**FLORIDA [4]** 1/1 1/6 1/16 1/19
**flsd.uscourts.gov [1]** 1/24
**follow [2]** 2/23 12/16
**following [1]** 26/19
**follows [1]** 9/19
**food [2]** 18/4 18/5
**foregoing [1]** 28/17
**forth [1]** 9/4
**four [7]** 7/18 7/18 8/22 9/12 10/1 10/13

10/23
**four-level [3]** 8/22 10/1 10/23
**Fox [1]** 19/1
**Francisco [1]** 28/2
**Frank [2]** 1/15 2/3
**front [3]** 9/2 9/3 9/4
**froze [1]** 18/9
**Fuentes [1]** 13/19
**full [1]** 18/8
**fully [4]** 11/12 16/1 16/12 16/21
**further [4]** 17/14 17/18 25/24 26/3
**future [1]** 27/17

**G**

**gave [1]** 20/10
**generally [4]** 14/10 18/5 18/23 20/23
**get [2]** 6/16 8/14
**getting [2]** 6/9 6/11
**give [4]** 10/13 20/17 24/15 25/15
**given [5]** 18/15 23/17 24/18 27/21 28/7
**Glen [1]** 5/14
**go [4]** 6/21 7/15 10/24 12/22
**goes [4]** 5/25 22/18 22/22 22/23
**going [5]** 9/2 9/16 21/25 24/16 27/9
**gone [1]** 5/25
**good [6]** 2/3 2/10 2/17 6/15 23/5 23/6
**got [10]** 4/8 8/22 9/22 10/16 10/23 18/25 19/11 24/24 27/18 28/14
**Gotcha [1]** 27/19
**government [17]** 2/15 2/18 3/10 3/16 3/20 5/21 9/6 9/7 11/15 14/3 14/14 15/24 20/20 20/24 21/4 23/8 25/6
**government's [5]** 5/18 13/8 13/16 14/18 15/4
**gradations [1]** 22/3
**grant [3]** 3/22 17/15 21/20
**granted [1]** 20/10
**granting [1]** 21/10
**grate [1]** 19/10
**great [1]** 8/5
**group [2]** 8/7 8/9
**grow [1]** 23/15
**guards [1]** 18/11
**Guatemala [1]** 21/3
**guerrillas [1]** 24/23
**guess [3]** 7/1 7/5 7/9
**guideline [7]** 3/4 20/22 22/9 22/18 22/23 25/8 26/3
**guidelines [2]** 22/20 26/1
**Guillermo [3]** 9/17 9/22 10/4
**guy [1]** 21/22
**guys [1]** 19/2

**H**

**had [10]** 12/12 16/7 16/8 19/15 19/16 19/16 20/2 20/6 20/9 20/9
**hand [6]** 11/3 11/3 13/25 13/25 14/6 14/6
**hand-in-hand [3]** 11/3 13/25 14/6
**handle [1]** 3/2
**handled [2]** 11/13 16/2
**happened [2]** 4/5 15/8
**happy [1]** 3/6
**hard [1]** 24/13
**has [14]** 3/10 4/3 8/4 9/2 14/3 19/11 19/17 20/14 21/9 23/12 24/3 24/10 25/24 27/2
**have [26]** 2/14 2/15 2/15 5/25 9/23 10/5 10/15 11/21 12/4 14/14 18/14 19/8 19/10 19/19 20/1 22/5 23/9 23/10 24/7

24/17 25/4 25/16 25/21 27/6 27/10 28/7
**having [2]** 5/23 20/18
**he [127]**
**He's [2]** 8/14 24/12
**headaches [2]** 19/15 19/16
**hear [1]** 27/12
**heard [1]** 23/11
**HEARING [1]** 1/11
**heart [2]** 23/16 23/21
**heating [1]** 18/10
**heavy [1]** 2/14
**held [1]** 18/1
**hellhole [1]** 20/13
**here [21]** 2/7 4/10 8/20 9/16 10/25 13/22 17/22 19/14 19/15 19/16 19/19 19/24 20/2 20/5 20/13 20/16 24/10 24/11 24/12 24/20 25/21
**Hill [1]** 19/1
**him [17]** 9/15 9/16 10/13 13/20 13/23 13/24 13/25 16/7 17/6 19/9 19/18 20/4 21/21 24/12 24/15 25/15 27/13
**himself [1]** 9/4
**his [30]**
**history [3]** 22/11 22/17 22/23
**hole [3]** 18/4 18/7 18/8
**Honduras [1]** 21/3
**Honor [16]** 2/3 3/21 9/2 9/5 9/24 13/16 15/25 17/8 20/10 23/5 23/11 23/20 23/24 25/7 27/5 27/15
**HONORABLE [1]** 1/12
**hours [3]** 18/1 18/3 26/11
**Housing [1]** 20/5
**how [8]** 3/2 6/8 10/2 10/6 10/13 14/17 21/3 21/5
**however [1]** 2/14
**hub [1]** 8/21
**human [1]** 23/17
**hurts [1]** 23/16

**I**

**I'll [2]** 3/6 25/22
**I'm [10]** 7/3 9/16 9/23 15/12 17/12 21/19 21/25 21/25 22/21 23/20
**I've [12]** 2/16 6/6 6/8 6/12 18/25 19/1 19/1 19/3 19/4 19/12 27/7 28/14
**identify [1]** 6/18
**immediately [1]** 26/23
**immigration [1]** 26/20
**impediments [1]** 21/1
**imposed [3]** 23/4 27/2 27/7
**imprisoned [2]** 23/11 26/8
**imprisonment [4]** 17/17 26/9 26/21 26/25
**inadequate [1]** 18/5
**incarcerated [4]** 4/1 19/22 19/24 22/7
**incarceration [2]** 21/21 25/5
**include [2]** 27/20 28/6
**included [1]** 5/13
**including [2]** 22/10 26/19
**incorrect [4]** 11/16 12/23 13/2 14/9
**increase [4]** 8/22 10/1 10/23 17/5
**increased [1]** 7/18
**indeed [2]** 7/4 13/23
**indicate [1]** 15/1
**indicated [4]** 12/3 12/14 13/18 25/7
**indicates [1]** 11/24
**indictment [3]** 3/1 12/20 24/8
**individual [1]** 12/17
**individuals [1]** 24/20

**I**

**infested [1]** 18/19
**information [4]** 5/13 5/16 9/24 12/15
**infuse [1]** 9/16
**Instead [1]** 5/2
**institution [1]** 28/4
**instructed [2]** 16/5 16/7
**intermarriage [1]** 8/5
**interpreter [1]** 2/9
**interview [1]** 4/6
**introduction [1]** 11/9
**investigation [1]** 2/11
**involved [6]** 7/16 8/7 12/11 14/19 16/10 24/23
**involvement [1]** 16/19
**lrwin [2]** 1/18 2/5
**is [54]**
**issues [1]** 5/21
**it [45]**
**it's [8]** 14/10 14/18 19/12 20/15 21/23 24/5 25/1 25/18

**J**

**jail [1]** 13/20
**jails [1]** 19/13
**January [1]** 1/5
**job [2]** 6/15 6/18
**jointly [1]** 8/23
**journeymen [1]** 6/19
**Jr [1]** 1/18
**Juanito [5]** 1/7 2/25 3/12 3/13 3/17
**judge [31]**
**judgement [1]** 26/6
**judgment [3]** 25/10 27/21 28/6
**Judith [2]** 1/22 28/22
**judy [1]** 1/24
**just [11]** 5/23 8/3 10/5 14/17 15/22 21/4 21/11 21/18 25/7 25/10 27/12
**justice [1]** 22/4

**K**

**kahuna [2]** 6/22 7/4
**kept [2]** 17/25 18/3
**Kevin [1]** 5/16
**KMM [1]** 1/2
**knew [1]** 13/21
**know [16]** 6/8 6/17 10/2 10/3 10/3 10/6 10/7 10/14 10/16 10/19 10/22 13/4 15/2 19/4 19/23 20/1
**knowledge [1]** 9/16
**known [4]** 3/17 3/17 8/1 8/8
**knows [1]** 9/15

**L**

**La [1]** 24/25
**La Picota [1]** 24/25
**later [1]** 24/6
**law [1]** 22/12
**lays [1]** 2/22
**leader [4]** 5/1 5/3 7/16 8/10
**leadership [4]** 2/20 8/24 9/9 17/5
**least [5]** 13/24 14/20 17/25 21/8 24/17
**Let [2]** 5/23 11/15
**let's [5]** 2/11 9/14 12/16 13/7 15/9
**level [13]** 2/19 2/20 3/4 7/18 8/22 8/24 9/9 10/1 10/23 17/4 17/9 22/17 22/22
**levels [5]** 6/18 7/18 7/19 9/12 21/20
**Lichter [3]** 1/18 2/5 3/10
**life [5]** 19/12 21/1 24/20 24/24 24/24

**lifting [1]** 2/14
**lights [1]** 18/3
**like [15]** 2/23 6/20 8/6 14/13 19/2 19/6 19/24 19/25 21/11 21/19 23/7 24/2 24/9 24/23 24/24
**line [1]** 6/10
**list [1]** 7/10
**listening [1]** 23/23
**listing [1]** 9/19
**little [1]** 19/10
**lived [1]** 13/18
**lives [1]** 28/1
**living [1]** 6/7
**load [7]** 4/23 8/13 13/24 14/13 14/15 14/19 14/20
**loads [7]** 5/10 11/4 13/23 13/25 14/1 14/7 14/13
**locked [1]** 17/25
**look [1]** 10/7
**looked [1]** 6/12
**Los [2]** 8/8 28/1
**loss [2]** 19/15 24/23
**lot [3]** 13/20 13/21 13/21
**low [3]** 20/22 25/8 26/2
**low-end [1]** 20/22
**Luis [10]** 1/8 3/14 3/17 5/3 8/1 8/6 8/11 11/19 11/20 12/18

**M**

**made [4]** 2/16 3/14 18/11 22/5
**Madrigal [10]** 4/23 5/5 6/22 6/22 10/23 11/3 11/14 13/18 14/7 16/4
**Madrigal's [7]** 5/4 11/2 11/6 13/5 13/10 14/23 15/10
**main [6]** 11/2 13/5 13/10 13/13 13/24 19/3
**maintain [1]** 4/3
**make [5]** 2/23 8/13 21/5 28/2 28/13
**man [6]** 8/10 8/20 19/2 20/9 20/13 21/22
**management [1]** 12/13
**managers [1]** 6/19
**manner [1]** 27/4
**many [7]** 6/8 10/13 12/4 13/18 18/19 19/5 20/6
**Mario [1]** 5/10
**Martinez [1]** 5/10
**material [1]** 3/5
**matter [1]** 28/18
**Maximum [1]** 17/21
**may [5]** 3/6 3/9 21/6 21/8 24/5
**Maybe [1]** 9/15
**me [8]** 2/6 5/23 6/4 7/3 8/19 9/21 11/15 23/24
**mean [2]** 10/12 14/18
**meet [2]** 13/23 26/4
**member [2]** 5/2 8/9
**met [2]** 13/20 19/18
**Mexican [5]** 3/16 8/21 11/11 13/20 15/20
**Mexico [28]** 4/1 4/10 4/24 5/5 5/7 11/2 11/4 11/5 11/8 11/12 12/12 13/5 13/11 13/18 14/1 14/5 14/8 14/23 16/2 16/6 16/8 16/13 16/16 16/22 17/21 21/2 25/13 27/23
**Mexico's [4]** 4/25 11/1 13/1 13/9
**Miami [5]** 1/6 1/16 1/19 1/23 1/23
**MICHAEL [1]** 1/12
**Michoacan [1]** 8/3
**mind [1]** 2/21

**mine [1]** 19/6
**Ming [2]** 5/17 11/24
**minutes [5]** 4/11 18/11 18/15 18/23 19/10
**misread [1]** 15/13
**misspoke [1]** 15/13
**moment [1]** 10/5
**monies [1]** 16/11
**month [4]** 4/2 4/7 18/23 19/18
**months [11]** 10/5 20/5 20/6 20/9 20/11 21/22 24/15 24/21 24/21 26/8 26/25
**MOORE [1]** 1/12
**more [5]** 6/13 7/17 14/13 14/15 17/21
**Moreno [3]** 9/18 9/22 10/4
**Moreno-Rios [3]** 9/18 9/22 10/4
**most [5]** 2/14 2/16 5/6 18/17 24/22
**mostly [1]** 7/23
**motion [4]** 20/8 20/10 21/13 21/25
**motions [1]** 19/6
**move [1]** 28/11
**Moving [1]** 3/24
**MR [3]** 2/3 2/7 27/14
**Mr. [27]** 2/14 3/10 8/18 8/24 9/2 9/15 9/21 9/22 10/4 12/23 13/18 13/22 15/1 15/14 16/5 19/9 20/2 20/4 20/7 20/11 20/17 21/17 21/20 23/3 24/10 27/6 28/10
**Mr. Almon [1]** 20/2
**Mr. Armando [1]** 15/1
**Mr. Bernal-Madrigal [1]** 13/18
**Mr. Guillermo [2]** 9/22 10/4
**Mr. Lichter [1]** 3/10
**Mr. Ochoa [2]** 20/4 20/11
**Mr. Presley [1]** 21/17
**Mr. Tamen [7]** 2/14 8/18 9/15 9/21 12/23 15/14 28/10
**Mr. Valencia [10]** 8/24 9/2 13/22 16/5 19/9 20/7 20/17 21/20 23/3 27/6
**Mr. Valencia's [1]** 24/10
**much [7]** 6/6 19/12 21/6 23/12 23/13 23/23 28/8
**multi [1]** 5/9
**multi-ton [1]** 5/9
**my [13]** 2/18 6/3 12/7 12/7 19/11 19/12 21/13 23/12 23/13 23/15 23/16 23/21 27/17
**myself [1]** 23/18

**N**

**name [3]** 2/25 8/4 12/18
**named [3]** 7/6 12/20 24/8
**NE [2]** 1/16 1/19
**need [2]** 22/12 27/12
**never [5]** 2/25 9/3 9/3 19/24 19/25
**next [7]** 4/14 13/10 14/6 15/7 17/11 17/13 22/14
**Nguyen [2]** 5/17 11/24
**Nick [1]** 5/15
**niece [1]** 24/11
**nightmares [1]** 19/17
**nine [6]** 17/22 17/24 18/12 20/13 20/18 24/6
**no [15]** 1/2 9/13 9/13 9/23 12/21 14/16 16/7 16/8 16/14 17/14 18/10 18/10 25/7 27/5 27/18
**Nolan [1]** 5/16
**normal [1]** 21/1
**normally [2]** 18/7 25/13
**Northern [1]** 28/4
**not [39]**

**N**

note [2] 3/16 19/23
noted [1] 26/22
notes [1] 5/11
nothing [1] 25/24
now [7] 3/7 5/23 8/18 17/3 22/24 24/5
 27/2
number [5] 2/13 3/3 3/11 4/18 7/9

**O**

object [3] 2/19 21/10 27/3
objected [1] 14/25
objection [4] 3/14 17/11 17/13 22/14
objections [10] 2/12 2/13 2/16 2/22 3/4
 3/11 3/23 5/18 5/21 17/14
objects [1] 4/19
occasion [1] 15/21
occasions [4] 6/13 11/10 15/17 15/22
occur [2] 18/15 18/16
Ochoa [4] 13/17 20/3 20/4 20/11
odd [1] 6/1
offense [15] 4/20 5/12 5/13 6/12 6/14
 6/16 7/17 10/10 10/11 10/20 17/9
 22/11 22/17 22/22 24/19
office [3] 1/15 22/16 26/12
officer [3] 5/20 6/17 7/14
officer's [1] 5/11
Official [1] 1/22
oftentimes [1] 18/16
Oh [1] 7/3
okay [33]
once [10] 4/2 4/7 11/12 16/2 16/13
 16/16 16/22 18/14 18/23 21/23
one [34]
one-level [2] 8/24 9/9
ones [2] 21/3 24/17
only [8] 4/6 4/10 5/24 9/11 10/22 15/20
 18/21 24/25
open [1] 8/18
operating [1] 22/4
opportunity [1] 23/18
oppose [1] 20/23
opposed [2] 14/13 24/3
order [3] 2/1 2/23 9/19
organization [4] 5/1 5/4 16/8 16/9
organizational [1] 12/13
organizer [1] 7/16
organizers [1] 6/19
original [1] 4/9
originally [2] 5/12 7/25
other [11] 3/18 6/4 10/20 11/10 11/11
 15/17 15/22 19/13 21/6 22/10 26/16
otherwise [2] 7/17 22/8
out [7] 2/22 8/14 9/14 15/22 21/12 24/9
 28/13
outstanding [1] 3/7
own [5] 11/7 15/1 15/11 15/12 23/4
owned [4] 11/5 14/22 15/2 15/5

**P**

p.m [2] 1/5 28/15
Pages [1] 1/9
paragraph [13] 3/25 4/20 6/21 7/15
 9/17 10/24 11/16 12/10 12/22 12/23
 17/2 17/5 17/6
paragraphs [1] 4/19
part [2] 23/19 26/22
participants [1] 7/17
participate [1] 23/19

participating [1] 4/22
participation [1] 6/19
particular [1] 22/6
parties [1] 25/25
past [1] 6/7
Paul [1] 5/15
pay [2] 26/6 26/23
pending [1] 5/20
people [7] 3/19 8/6 11/22 15/2 16/7
 20/15 24/22
percent [2] 19/20 21/17
Perhaps [1] 3/9
period [1] 16/23
periods [1] 25/4
permissible [1] 26/21
permitted [2] 4/1 4/7
person [7] 8/4 9/11 11/25 20/3 24/8
 24/8 26/12
phrase [1] 14/6
pick [1] 16/6
Picota [1] 24/25
place [3] 2/20 18/24 21/21
placed [1] 26/10
places [1] 19/12
Plaintiff [2] 1/6 1/15
plus [1] 17/6
point [12] 5/5 11/2 13/5 13/6 13/10
 13/13 13/13 13/24 14/5 14/16 21/12
 24/9
points [1] 10/13
poor [1] 20/9
portrayed [1] 21/23
position [6] 5/18 12/9 12/25 15/4 20/25
 21/5
possess [1] 26/16
possessing [1] 26/15
possible [1] 28/5
present [3] 2/6 2/8 12/5
presentence [4] 2/11 2/22 25/25 26/22
Presley [2] 21/13 21/17
pretrial [2] 17/16 19/24
previously [1] 20/2
primary [1] 5/4
principally [1] 2/7
prior [1] 13/17
prison [8] 17/21 19/1 19/3 20/23 21/6
 22/1 22/3 24/25
prisons [5] 19/4 21/1 25/11 26/8 28/3
probation [6] 5/11 5/20 6/17 7/14 22/16
 26/12
probation's [1] 3/1
problems [1] 19/17
proceedings [2] 28/15 28/18
proceeds [2] 11/14 16/3
prohibited [1] 26/15
promote [1] 22/12
pronounced [1] 27/4
proper [1] 21/7
provide [1] 22/13
provided [2] 5/14 19/5
proving [1] 12/8
provisional [1] 27/22
PSI [8] 4/9 5/14 7/20 8/17 10/15 12/3
 12/15 24/2
PSR [3] 3/25 4/20 5/19
psychological [2] 19/17 19/21
punished [1] 24/13
put [3] 9/4 16/23 19/2
puts [1] 20/24

**Q**

questioning [1] 22/1
quite [1] 12/4
quote [2] 4/24 4/25

**R**

rained [1] 18/8
range [7] 20/22 22/9 22/18 22/23 24/18
 25/8 26/3
read [2] 3/25 5/23
really [3] 3/4 21/19 23/16
REALTIME [1] 28/22
reason [1] 3/14
reasons [2] 20/21 28/7
receive [4] 8/13 10/1 13/23 25/12
received [3] 5/10 10/4 25/4
receiving [1] 4/22
recidivism [1] 26/3
recognition [2] 20/17 21/18
recognize [1] 22/2
recognized [1] 21/9
recommend [6] 2/19 8/23 9/8 20/22
 25/11 25/11
recommending [1] 17/4
recommetation [1] 28/3
record [3] 5/23 27/18 28/18
redeem [1] 23/18
reduce [1] 21/16
reduced [2] 17/3 22/16
reduction [4] 2/19 19/6 20/18 21/20
reductions [1] 20/23
reflect [2] 14/4 24/3
regarding [1] 5/19
regularly [2] 5/8 19/5
release [6] 26/9 26/10 26/11 26/14
 26/19 27/1
released [1] 26/13
remain [1] 5/21
remaining [1] 28/11
remains [1] 22/23
remember [3] 20/3 20/4 20/11
remorseful [1] 23/10
removal [1] 26/20
repercussions [1] 19/21
report [6] 2/11 2/22 6/15 25/25 26/12
 26/22
reported [2] 1/22 19/15
Reporter [3] 1/22 28/22 28/22
reporting [1] 4/8
representation [2] 13/8 14/18
represented [2] 14/4 20/2
representing [1] 2/4
request [2] 17/15 25/23
requested [2] 3/15 25/22
requesting [1] 19/6
requirements [1] 26/4
resolution [1] 2/15
resolved [1] 5/22
respect [1] 22/12
respectfully [1] 5/20
respective [1] 21/1
response [5] 3/1 5/11 5/24 20/20 21/11
responsible [7] 8/16 9/7 11/12 16/1
 16/12 16/15 16/21
restriction [1] 26/21
result [3] 8/19 19/21 20/14
return [2] 11/13 16/10
returned [2] 16/3 25/1
reviewing [1] 9/1

**R**

**Ricardo [1]** 20/3
**right [14]** 3/7 3/24 4/15 4/17 6/22 7/7 7/12 16/17 16/20 20/11 25/6 25/23 27/7 27/10
**Rios [3]** 9/18 9/22 10/4
**rodents [1]** 18/19
**role [10]** 5/19 6/16 6/21 9/21 10/9 10/11 10/12 10/19 12/14 24/18
**Room [1]** 1/23
**rounds [1]** 18/12
**Rule [1]** 10/16
**running [1]** 12/11
**Ryskamp [1]** 6/5

**S**

**said [4]** 4/9 7/8 7/24 27/18
**sale [3]** 11/13 16/2 16/10
**same [2]** 11/25 22/18
**San [1]** 28/2
**saw [3]** 21/14 24/20 24/21
**say [8]** 3/6 5/23 8/17 13/12 13/13 16/15 23/3 24/2
**saying [4]** 12/17 13/2 13/11 23/20
**says [3]** 7/20 10/25 27/17
**scope [1]** 9/11
**sea [1]** 4/23
**search [1]** 26/22
**section [2]** 4/20 5/19
**sections [1]** 5/13
**Security [1]** 17/21
**see [7]** 4/11 9/1 9/14 15/9 19/9 23/15 25/3
**seen [1]** 19/12
**self [1]** 26/21
**self-employment [1]** 26/21
**seniority [1]** 9/19
**sent [2]** 8/12 9/15
**sentence [14]** 10/4 12/24 15/7 21/17 21/24 22/9 23/4 24/20 25/9 26/2 26/25 27/2 27/4 27/7
**sentenced [2]** 6/9 24/17
**sentences [1]** 24/18
**sentencing [2]** 1/11 3/5
**seriousness [1]** 22/11
**served [3]** 24/15 25/12 27/21
**services [1]** 15/3
**session [1]** 18/22
**set [1]** 27/20
**severe [1]** 19/20
**shall [7]** 26/9 26/11 26/14 26/15 26/16 26/17 26/23
**sheet [1]** 10/8
**shipments [4]** 5/9 11/7 14/24 15/10
**shipped [1]** 5/6
**should [5]** 3/25 14/4 17/3 20/15 20/16
**shoved [1]** 18/4
**shower [2]** 18/14 18/15
**SHU [2]** 20/5 20/9
**side [1]** 28/14
**Signature [1]** 28/22
**significant [3]** 13/6 13/12 14/5
**simply [1]** 25/11
**since [4]** 4/2 9/1 24/6 25/12
**sir [7]** 4/16 8/4 9/13 12/21 16/14 17/10 27/25
**sisters [1]** 24/11
**sit [1]** 8/18
**situation [1]** 25/2

**six [3]** 20/4 20/6 20/9
**sixth [1]** 8/4
**slam [1]** 18/12
**small [1]** 18/1
**smelling [1]** 18/2
**smuggling [1]** 11/8
**snakes [1]** 18/20
**society [1]** 23/19
**solitary [2]** 17/24 20/14
**some [13]** 6/1 6/4 7/8 11/5 11/20 12/5 12/6 12/6 14/22 15/2 19/20 20/16 21/18
**somebody [3]** 7/2 7/5 27/17
**somewhat [3]** 9/15 11/19 12/8
**sons [1]** 24/11
**sorry [5]** 7/3 15/12 17/12 22/21 23/8
**sort [2]** 9/14 21/18
**sought [1]** 7/25
**South [3]** 5/7 11/7 15/10
**SOUTHERN [1]** 1/1
**speak [1]** 8/12
**speaking [1]** 18/24
**special [6]** 5/15 5/17 20/5 26/19 26/24 27/1
**spend [1]** 22/2
**spending [1]** 20/4
**spent [7]** 13/19 17/21 17/24 20/6 20/9 20/18 22/1
**spill [1]** 18/9
**spoiled [1]** 18/6
**stages [1]** 11/17
**standard [1]** 26/18
**stands [1]** 17/2
**state [1]** 3/9
**stated [1]** 4/6
**statement [3]** 12/23 13/3 14/8
**statements [1]** 25/25
**STATES [18]** 1/1 1/5 1/12 1/22 2/2 2/4 3/15 4/3 5/7 5/14 11/9 13/17 16/9 17/23 19/14 21/13 23/9 26/24
**statutory [2]** 26/1 26/4
**stays [1]** 22/18
**steel [1]** 18/12
**step [1]** 28/13
**still [3]** 5/24 21/23 24/19
**Street [2]** 1/16 1/19
**stuff [1]** 9/2
**subcontracted [2]** 11/10 15/19
**submitted [2]** 11/24 13/16
**subsequent [1]** 11/9
**subsequently [1]** 5/16
**substance [1]** 26/17
**substantial [1]** 25/4
**such [1]** 3/3
**suffered [5]** 20/7 20/12 20/15 23/12 23/12
**sufficient [1]** 26/3
**suggesting [3]** 9/10 11/16 25/17
**summer [1]** 18/10
**supervised [4]** 26/10 26/14 26/18 27/1
**supervisors [1]** 6/19
**supervisory [1]** 12/13
**support [1]** 24/12
**supposed [2]** 18/14 18/23
**sure [7]** 2/23 14/2 15/16 15/23 25/3 25/3 28/13
**Surrendering [1]** 26/20
**suspected [1]** 24/4
**symptoms [1]** 20/6
**system [1]** 22/4

**T**

**table [1]** 2/6
**take [5]** 2/11 15/22 18/24 19/23 27/9
**taken [2]** 17/20 22/7
**takes [1]** 17/6
**taking [1]** 22/9
**talk [3]** 8/19 9/6 18/21
**Tamen [10]** 1/15 2/3 2/3 2/14 8/18 9/15 9/21 12/23 15/14 28/10
**tell [9]** 9/21 9/25 10/18 18/25 19/8 19/11 19/19 20/1 24/7
**term [1]** 26/10
**terms [1]** 12/7
**than [9]** 6/13 7/6 14/15 17/22 19/13 21/2 21/6 24/8 25/2
**thank [8]** 6/6 23/22 23/23 23/24 23/25 24/16 28/8 28/9
**that [152]**
**that's [15]** 4/16 5/24 7/7 7/12 7/20 14/3 15/8 16/17 16/20 20/21 21/7 21/23 22/15 25/13 27/10
**their [2]** 15/3 18/12
**them [7]** 2/24 4/11 8/5 13/21 13/21 23/14 23/15
**then [4]** 3/8 13/8 16/22 17/1
**there [23]** 3/3 4/5 6/1 7/8 8/5 8/7 9/17 11/15 12/17 16/23 17/14 17/15 18/9 18/10 18/22 19/3 19/20 20/6 20/16 21/8 22/2 24/17 25/3
**there's [2]** 7/1 7/5
**therefore [1]** 5/20
**these [5]** 3/11 5/21 9/4 18/12 24/16
**they [33]**
**thing [1]** 27/24
**things [2]** 6/13 9/4
**think [14]** 3/5 6/1 6/9 6/14 6/17 12/11 14/21 15/5 16/15 21/4 21/7 22/5 24/22 24/24
**this [39]**
**Thomas [1]** 1/18
**thorough [1]** 6/15
**those [7]** 3/18 3/22 17/24 20/18 20/18 22/7 24/22
**three [5]** 10/13 17/4 20/11 21/20 26/8
**three-level [1]** 17/4
**through [5]** 1/9 16/8 18/4 19/10 24/16
**Thursday [1]** 1/5
**time [12]** 8/7 11/22 12/5 13/7 17/25 20/8 20/12 22/1 22/1 24/15 25/12 27/21
**times [6]** 11/6 14/23 15/9 18/17 18/19 18/21
**tiny [1]** 19/10
**toilet [1]** 18/7
**Tom [1]** 2/6
**ton [1]** 5/9
**too [1]** 4/14
**took [1]** 10/7
**Total [2]** 17/9 26/25
**traffickers [6]** 4/25 8/22 11/1 13/1 13/9 13/20
**trafficking [3]** 8/8 12/2 25/1
**transcript [2]** 1/11 28/17
**transfer [3]** 11/6 14/23 15/10
**transferred [1]** 6/4
**transport [3]** 5/6 16/6 16/9
**transportation [3]** 11/3 14/7 14/19
**transporter [1]** 15/20
**transporters [3]** 11/7 11/11 15/11

## T

**transporting [3]**  4/24 14/1 16/8
**treated [1]**  20/16
**trial [2]**  13/16 13/17
**true [1]**  13/15
**trusted [1]**  9/18
**try [1]**  19/8
**trying [3]**  6/18 8/14 20/25
**Tuesday [1]**  28/20
**twice [2]**  4/2 4/7
**twisted [1]**  4/8
**two [7]**  3/18 3/22 7/9 10/13 11/22 13/19 19/18

## U

**U.S [1]**  1/15
**unable [1]**  23/15
**under [4]**  22/4 22/7 24/13 27/9
**understand [1]**  27/6
**understanding [1]**  2/18
**Unit [1]**  20/5
**UNITED [18]**  1/1 1/5 1/12 1/22 2/2 2/4 3/15 4/3 5/7 5/14 11/9 13/17 16/9 17/22 19/14 21/13 23/9 26/23
**unless [1]**  3/7
**unrepentant [1]**  25/1
**untenable [1]**  20/25
**up [8]**  2/11 8/6 12/16 16/6 17/25 19/25 20/4 23/15
**updated [1]**  5/17
**Upon [1]**  26/9
**us [1]**  9/8
**use [1]**  15/3
**used [7]**  2/25 5/5 11/6 14/23 15/5 15/15 15/16

## V

**VALENCIA [52]**
**Valencia's [2]**  12/2 24/10
**Valencia-Valencia [10]**  1/8 3/14 3/18 5/3 8/2 8/6 8/11 11/20 11/20 12/18
**Valencias [1]**  8/8
**Vanoy [1]**  24/24
**variance [2]**  17/16 24/14
**verbal [1]**  3/15
**versus [2]**  13/17 21/13
**very [13]**  6/6 6/15 18/1 18/1 18/2 18/5 19/19 20/25 23/10 23/12 23/12 23/14 28/8
**vessel [1]**  15/19
**vessels [4]**  11/5 11/10 14/22 15/2
**Villafane [2]**  5/10 24/24
**Villafane-Martinez [1]**  5/10
**visit [2]**  18/22 19/9

## W

**wall [1]**  19/10
**want [6]**  3/2 3/7 14/17 16/22 22/2 23/3
**wanted [1]**  27/17
**wants [1]**  27/18
**warm [1]**  28/14
**warrant [1]**  27/22
**was [114]**
**wasn't [1]**  6/3
**water [2]**  18/16 18/17
**way [3]**  20/15 24/9 25/13
**we [30]**
**we're [3]**  21/17 21/18 27/9
**we've [1]**  27/18

**week [1]**  18/16
**weight [1]**  19/16
**well [13]**  2/17 2/21 7/1 7/9 9/10 10/24 12/16 12/24 13/7 14/14 19/5 21/25 23/12
**went [1]**  19/8
**were [15]**  2/12 6/1 8/7 8/8 11/18 11/22 11/25 11/25 18/3 19/20 23/13 23/14 24/23 25/11 28/15
**what [23]**  3/9 4/5 7/14 7/20 8/15 9/21 10/9 10/12 11/20 12/18 12/23 15/8 15/18 20/5 21/19 22/21 22/24 23/10 24/3 24/3 24/5 25/16 25/21
**What's [1]**  15/4
**when [13]**  3/15 7/24 11/25 17/19 18/4 18/16 18/21 19/14 19/14 19/16 19/18 19/19 23/13
**Whenever [1]**  18/8
**where [5]**  8/3 17/21 19/2 22/8 26/12
**which [11]**  2/20 8/5 11/5 12/4 13/16 14/23 15/21 21/13 21/22 25/25 27/4
**while [4]**  3/25 4/10 19/1 26/14
**who [6]**  8/7 10/23 15/2 21/22 24/23 24/24
**who's [1]**  7/9
**whoever [1]**  6/14
**why [1]**  8/6
**will [9]**  2/19 2/19 2/20 3/10 3/22 13/8 27/20 27/20 28/6
**winter [1]**  18/9
**wish [2]**  27/7 27/14
**withdraw [1]**  3/11
**withdrawn [1]**  3/8
**within [2]**  22/8 26/11
**witnesses [1]**  12/4
**wolff [3]**  1/22 1/24 28/22
**work [1]**  13/25
**worked [4]**  11/3 13/21 14/2 14/6
**worker [1]**  8/10
**world [2]**  21/2 23/19
**worse [3]**  19/12 21/2 21/6
**worst [1]**  19/12
**would [27]**  2/23 6/13 12/9 12/14 12/24 13/12 14/12 14/12 14/21 14/25 15/6 15/9 16/18 18/8 18/12 21/11 21/19 21/21 22/2 22/9 23/7 24/2 24/9 25/8 25/10 28/2 28/2
**written [1]**  5/12

## Y

**yeah [1]**  6/11
**year [1]**  17/20
**years [15]**  6/7 9/1 13/19 13/19 17/22 17/24 18/13 20/14 20/18 21/23 23/11 24/4 24/6 26/10 26/25
**yes [20]**  3/21 4/16 6/2 6/24 7/4 7/13 8/8 12/19 13/4 14/21 15/23 15/25 16/24 17/8 17/10 22/25 23/2 24/2 27/15 27/25
**you [50]**
**you're [2]**  9/10 13/2
**young [1]**  23/14
**your [19]**  2/3 3/21 9/2 9/4 9/24 13/16 15/25 17/2 17/8 20/10 23/4 23/5 23/11 23/20 23/24 25/7 27/5 27/15 28/14